COA NUMBER: **14-14-00577-CV**

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

JUN 24 2015

CHRISTOPHER A. PRINE
CLERK

MOTION TO FILE LATE APPELLANT'S BRIEF

YES / NO
PAID RECEIPT #_____
INDIGENT YES NO

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now <u>Giovanny F. Laguan</u>, appellant, and files this late motion to file Appellant's Brief. In support of this motion, appellant shows the court the following:

## I.

The appellee was granted a Forcible Entry and Detainer in the County Court at Law No. 2 of <u>Fort Bend</u> County, Texas, on July 10, 2014 in Cause No. <u>14-CCV-052983</u>, styled US BANK Trust as Trustee for LSF8 Master Participation Trust v. <u>GIOVANNY LAGUAN, JOSE ALARCON, and All Occupants.</u> Appeal was perfected on <u>July 15 2014</u>.

## II.

The deadline for filing the Appellant's brief was <u>June 10, 2015.</u>

## III.

Appellant is requesting permission from this Court to file his Appellant's Brief since he was not able to file it on the date it was due. Appellant suffered some minor setbacks during the recent severe storms, and some of his research work was damaged when water flooded part of his residence.

## IV.

WHEREFORE, appellant prays the court grant this motion and accepts this Appellant's Brief.

Respectfully submitted,

_____ APPELLANT

APPELLANT: GIOVANNY LAGUAN
Address: 2003 CRESTMONT CIRCLE
City, State, Zip: MISSOURI CITY TX 77459
Tel. Number: 832-499-7685

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served on Appellee US BANK Trust as Trustee for LSF8 Master Participation Trust through known counsel of record by facsimile, certified mail, return receipt requested, and/or by first class United States mail on June 24, 2015.

**VIA FACSIMILE**
Appellee US BANK Trust as Trustee for LSF8 Master Participtation Trust
Through Counsel:
Jack O'Boyle
P O Box 815369
Dallas TX 75381-5369
Fax No.: (972) 247-0642

_____
GIOVANNY LAGUAN
2003 Crestmont Circle
Missouri City TX 77459

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3) and the Court's order, I hereby certify that this request contains approximately 150 words (excluding the items permitted to be excluded under Texas Rule of Appellate Procedure 9.4(i)(1). This is a computer-generated document created in Microsoft Word 2010, using 14-point typeface for all text. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

Dated: June 24, 2015

_____
*Appellant*